# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of September, two thousand and thirteen.

Before:   Richard C. Wesley,
                  *Circuit Judge*.
_____

David Floyd, *et al.*,

    Plaintiffs-Appellees,

    v.

City of New York, *et al.*,

    Defendants-Appellants.
_____

Jaenean Ligon, *et al.*,

    Plaintiffs-Appellees,

    v.

City of New York, *et al.*,

    Defendants-Appellants.
_____

**ORDER**
Docket Nos. 13-3088(L)
               13-3461(con)

Docket Nos. 13-3123(L)
               13-3442(con)

Appellants move for expedited briefing and consideration of the appeals in docket numbers 13-3088 and 13-3123. Appellants also request that the appeals be heard in tandem.

IT IS HEREBY ORDERED that the motion to expedite is DENIED. IT IS FURTHER ORDERED that the request to have the appeals heard in tandem is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court