

**T**HE **C**ITY OF **N**EW **Y**ORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**Fay Ng**
phone:(212) 356-0843
fax:(212) 356-2509
email:FNg@law.nyc.gov

September 19, 2013

Hon. Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

Re: Floyd v. City of New York
Dkt. Nos. 13-3088 (L); 13-3461 (con)

Dear Ms. Wolfe:

This office represents defendant-appellee, the City of New York, in the above-referenced appeal.  Pursuant to Local Rule 31.2, we respectfully propose November 29, 2013, as the due date for perfecting this appeal. The proposed date is within 91 days from the ready date. [1]

Very truly yours,

Fay Ng
Assistant Corporation Counsel

cc:  Darius Charney
Anthony  Paul Coles

---

[1] The 91st day falls on a holiday.