# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of September, two thousand and thirteen,

_____

| | |
|---|---|
| David Floyd, Lalit Clarkson, Deon Dennis, David Ourlicht, Individually and on behalf of all others similarly situated, | **ORDER** <br> Docket <br> No: 13-3088 |
| Plaintiffs - Appellees, | |
| v. | |
| City of New York, | |
| Defendant - Appellant, | |
| New York City Police Officer Rodriguez, in his official capacity, New York City Police Officer Goodman, in his official capacity, New York City Police Officer Salmerson, Shield #7116, in her official capacity, New York City Police Officer Pichardo, Shield #00794, in his official capacity, New York City Police Sergeant Kelly, Shield #92145, in his individual capacity, New York City Police Officer Joyce, Shield #31274, in his individual capacity, New York Police Officer Moran, in his individual capacity, New York City Police Officers John and Jane Does, New York City Police Officer Hernandez, Shield #15957, in his individual capacity, Michael Bloomberg, Mayor in his official capacity and individually, Raymond Kelly, Commissioner New York City Police, in his individual and official capacity, | |
| Defendants. | |

_____

Appellant City of New York has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting November 29, 2013 as the brief/joint appendix filing date.

The scheduling notification hereby is so ordered.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

