# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of September, two thousand and thirteen.

Before:      Denny Chin,
                     *Circuit Judge.*

_____

David Floyd, *et al.*,

Plaintiffs-Appellees,

                          **ORDER**
    v.                       Docket Nos. 13-3088(L)
                                     13-3461(con)
City of New York,               13-3524(con)

Defendant-Appellant,

Sergeants Benevolent Association, *et al.*,

Proposed Intervenors-Appellants.

_____

    Appellant City of New York moves for an order granting the parties permission to file oversized briefs and dispensing with certain requirements for the joint appendix.

    IT IS HEREBY ORDERED that the motion is granted to the following extent: the parties may have 22,000 words for opening and opposition briefs, and 12,000 words for the reply briefs. IT IS FURTHER ORDERED that the parties may file (a) a single appendix volume with a full table of contents, (b) subsequent appendix volumes with a table of contents listing documents appearing only in that volume, and (c) black-and-white trial exhibits for those that were submitted in color in the district court proceedings.

                                                    For the Court**:**

                                                    Catherine O'Hagan Wolfe,
                                                    Clerk of Court

