UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 13-3088

**Caption [use short title]**

**Motion for:** Dismissal of appeal

Set forth below precise, complete statement of relief sought:

Dismissal of appeal for lack of jurisdiction; request that this motion be considered in tandem with Appellant's motion for a stay pending appeal (See Dkt. # 72)

FLOYD

-against-

CITY OF NEW YORK

**MOVING PARTY:** Floyd (Plaintiff/Appellee)
- [✓] Plaintiff
- [ ] Defendant
- [ ] Appellant/Petitioner
- [ ] Appellee/Respondent

**OPPOSING PARTY:** City of New York (Def./Appellant)

**MOVING ATTORNEY:**
Jenn Rolnick Borchetta
Beldock Levine & Hoffman LLP, 99 Park Ave.
New York, NY (212) 490-0400
jborchetta@blhny.com

**OPPOSING ATTORNEY:**
Celeste Koeleveld
New York City Law Department, 100 Church St.
New York, NY (212) 356-2300
ckoeleve@nyc.law.gov

[name of attorney, with firm, address, phone number and e-mail]

**Court-Judge/Agency appealed from:** United States District Court for the Southern District of NY (Scheindlin, D.J.)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes  [ ] No (explain): _____

Opposing counsel's position on motion:
[ ] Unopposed  [✓] Opposed  [ ] Don't Know

Does opposing counsel intend to file a response:
[✓] Yes  [ ] No  [ ] Don't Know

Is oral argument on motion requested?   [ ] Yes  [✓] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   [ ] Yes  [✓] No  If yes, enter date: _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?   [ ] Yes  [ ] No
Has this relief been previously sought in this Court?   [ ] Yes  [ ] No
Requested return date and explanation of emergency: _____

**Signature of Moving Attorney:**
_[signature]_   **Date:** 9/24/2013   **Service by:** [✓] CM/ECF  [ ] Other [Attach proof of service]

---

## ORDER

IT IS HEREBY ORDERED THAT the motion is GRANTED  DENIED.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk of Court

Date: _____   By: _____

Form T-1080 (rev. 7-12)