**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
40 Foley Square
New York, NY 10007

**ROBERT A. KATZMANN**　　　　　　　　　　　　　　　　　　**CATHERINE O'HAGAN WOLFE**
**CHIEF JUDGE**　　　　　　　　　　　　　　　　　　　　　　　**CLERK OF COURT**

Date: September 26, 2013　　　　　　　　　　　　　　DC Docket #: 08–cv–1034
Docket #: 13–3088cv　　　　　　　　　　　　　　　　　DC Court: SDNY (NEW YORK CITY)
Short Title: Floyd v. City of New York　　　　　　　　　DC Judge: Pitman
　　　　　　　　　　　　　　　　　　　　　　　　　　　　DC Judge: Scheindlin

**AMENDED CAPTION NOTICE**

As noted on the docket sheet, the caption has been changed. If the brief has been filed, six copies of a revised brief cover accurately reflecting the change in official caption must be submitted within 14 days of this notice.

Inquiries regarding this case may be directed to 212–857–8612.