**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s)**: _____   Caption [use short title] _____

**Motion for:** _____

Set forth below precise, complete statement of relief sought:

_____
_____
_____
_____
_____

**MOVING PARTY:** _____   **OPPOSING PARTY:** _____
☐ Plaintiff   ☐ Defendant
☐ Appellant/Petitioner   ☐ Appellee/Respondent

**MOVING ATTORNEY:** _____   **OPPOSING ATTORNEY**: _____
[name of attorney, with firm, address, phone number and e-mail]
_____   _____
_____   _____
_____   _____

Court-Judge/Agency appealed from: _____

**Please check appropriate boxes:**   **FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has movant notified opposing counsel (required by Local Rule 27.1):   Has request for relief been made below?   ☐ Yes ☐ No
  ☐ Yes ☐ No (explain): _____   Has this relief been previously sought in this Court?   ☐ Yes ☐ No
_____   Requested return date and explanation of emergency: _____
Opposing counsel's position on motion:
  ☐ Unopposed ☐ Opposed ☐ Don't Know
Does opposing counsel intend to file a response:
  ☐ Yes ☐ No ☐ Don't Know

Is oral argument on motion requested?   ☐ Yes ☐ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes ☐ No If yes, enter date: _____

**Signature of Moving Attorney:**
_____ **Date:** _____   Service by: ☐ CM/ECF   ☐ Other [Attach proof of service]

---

**ORDER**

**IT IS HEREBY ORDERED THAT** the motion is **GRANTED  DENIED**.

  **FOR THE COURT:**
  CATHERINE O'HAGAN WOLFE, Clerk of Court

Date: _____   By: _____


**Form T-1080** (rev. 7-12)