# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 13-3088

**Caption [use short title]**

**Motion for:** Leave to file in support of City stay motion

Floyd v. City of New York

**Set forth below precise, complete statement of relief sought:**

Movants seek leave to file the attached amici papers in support of the motion of Defendant-Appellant City of New York for a stay pending appeal.

**MOVING PARTY:** Police Unions
☐ Plaintiff  ☐ Defendant
☐ Appellant/Petitioner  ☐ Appellee/Respondent

**OPPOSING PARTY:** David Floyd, et al.

**MOVING ATTORNEY:** Steven A. Engel
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036
212-698-3500, steven.engel@dechert.com

**OPPOSING ATTORNEY:** Darius Charney
666 Broadway, 7th Floor
New York, NY 10012
212-614-6464
DCharney@ccrjustice.org

**Court-Judge/Agency appealed from:** United States District Court for the Southern District of New York (Scheindlin, D.J.)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain):

Opposing counsel's position on motion:
☑ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☑ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this Court? ☐ Yes ☐ No
Requested return date and explanation of emergency: N/A

Is oral argument on motion requested? ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☑ No  If yes, enter date:

**Signature of Moving Attorney:**
/s/ Steven A. Engel    **Date:** 09/27/2013    Service by: ☑ CM/ECF  ☐ Other [Attach proof of service]

## ORDER

IT IS HEREBY ORDERED THAT the motion is **GRANTED  DENIED**.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk of Court

Date: _____    By: _____

Form T-1080 (rev. 7-12)