# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Floyd v. City of New York _____ Docket No.: 13-3088 _____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Daniel S. Connolly

Firm: Bracewell & Giuliani LLP

Address: 1251 Avenue of the Americas

Telepho 212-508-6100 _____ Fax: 212-508-6101

daniel.connolly@bgllp.com

Appearance for: Amici Curiae Michael B. Mukasey and Rudolph W. Giuliani
(party/designation)

**Select One:**

[ ] Substitute counsel (replacing lead counsel: _____ )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[✓] Amicus (in support of: Defendants-Appellants City of New York, et al. )
(party/designation)

## CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on 2009-02-06 _____ OR

[ ] I applied for admission on _____ .

Signature of Counsel: /S/ Daniel S. Connolly

Type or Print Name: Daniel S. Connolly