# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 13-3088

**Caption [use short title]**

**Motion for:** Leave to file Amici Curiae Brief

**Set forth below precise, complete statement of relief sought:**

Leave to file a brief as amici curiae in support of Defendants-Appellants' motion for a stay pending Appeal.

David Floyd

-against-

City of New York

**MOVING PARTY:** Michael B. Mukasey and Rudolph W. Giuliani
☐ Plaintiff ☐ Defendant
☐ Appellant/Petitioner ☐ Appellee/Respondent

**OPPOSING PARTY:** David Floyd

**MOVING ATTORNEY:** Daniel S. Connolly

**OPPOSING ATTORNEY:** Darius Charney

[name of attorney, with firm, address, phone number and e-mail]

Bracewell & Giuliani LLP
daniel.connolly@bgllp.com
1251 Avenue of the Americas - 49th Floor
NY, NY 10020 (212) 508-6100

666 Broadway, 7th Floor
New York, NY 10012
212-614-6464
DCharney@ccrjustice.org

**Court-Judge/Agency appealed from:** U.S. District Court, Southern District of New York ( Shira A. Scheindlin)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain): _____

Opposing counsel's position on motion:
☑ Unopposed ☐ Opposed ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☑ No ☐ Don't Know

Is oral argument on motion requested?  ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes ☑ No  If yes, enter date: _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this Court?  ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

**Signature of Moving Attorney:**
/S/ Daniel S. Connolly    **Date:** 9/30/2013    Service by: ☑ CM/ECF ☐ Other [Attach proof of service]

---

## ORDER

**IT IS HEREBY ORDERED THAT** the motion is **GRANTED  DENIED**.

**FOR THE COURT:**
CATHERINE O'HAGAN WOLFE, Clerk of Court

Date: _____    By: _____

**Form T-1080** (rev. 7-12)