United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

| ROBERT A. KATZMANN | CATHERINE O'HAGAN WOLFE |
| --- | --- |
| CHIEF JUDGE | CLERK OF COURT |

Date: October 03, 2013
Docket #: 13-3088cv
Short Title: Floyd v. City of New York

DC Docket #: 08-cv-1034
DC Court: SDNY (NEW YORK CITY) DC Docket #: 08-cv-1034
DC Court: SDNY (NEW YORK CITY) DC Docket #: 08-cv-1034
DC Court: SDNY (NEW YORK CITY)
DC Judge: Pitman
DC Judge: Scheindlin

### NOTICE OF MOTION PLACED ON THE CALENDAR

The motions for 1)stay of district court's order pending appeal and 2) to dismiss the appeal filed in the above-referenced case have been added as argued cases to the substantive motions calendar for Tuesday, October 22, 2013.The argument will be held in the Thurgood Marshall U.S. Courthouse, New York, NY 10007 [17th floor, Room 1705, ]

Inquiries regarding this case may be directed to 212-857-8595 .