**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
40 Foley Square
New York, NY 10007

| | |
|---|---|
| **ROBERT A. KATZMANN**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: October 03, 2013
Docket #: 13-3088cv
Short Title: Floyd v. City of New York

DC Docket #: 08-cv-1034
DC Court: SDNY (NEW YORK CITY) DC Docket #: 08-cv-1034
DC Court: SDNY (NEW YORK CITY) DC Docket #: 08-cv-1034
DC Court: SDNY (NEW YORK CITY)
DC Judge: Pitman
DC Judge: Scheindlin

**REVISED**

**NOTICE OF MOTION PLACED ON THE CALENDAR**

The motions for 1) stay of district court's order pending appeal and 2) to dismiss the appeal filed in the above-referenced case have been added as argued cases to the substantive motions calendar for Tuesday, October 22, 2013 at **10:00am**. The argument will be held in the Thurgood Marshall U.S. Courthouse, New York, NY 10007, 17th floor, Room 1705.

Inquiries regarding this case may be directed to 212-857-8595 .