**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**ROBERT A. KATZMANN**                                **CATHERINE O'HAGAN WOLFE**
CHIEF JUDGE                                                        CLERK OF COURT

Date: October 07, 2013                                  DC Docket #: 08-cv-1034
Docket #: 13-3088cv                                      DC Court: SDNY (NEW YORK CITY)
Short Title: Floyd v. City of New York        DC Judge: Pitman
                                                                        DC Judge: Scheindlin

**NOTICE OF DEFECTIVE FILING**

On October 7, 2013 the motion was submitted in the above referenced case.
The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____   Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_____   Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
_____   Missing motion information statement *(T-1080 - Local Rule 27.1)*
\_\_X\_\_\_   **Missing supporting papers for motion (e.g, affidavit/affirmation/declaration)** *(FRAP 27)*
_____   Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
_____   Improper proof of service *(FRAP 25)*
         _____   Missing proof of service
         _____   Served to an incorrect address
         _____   Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____   Failure to submit document in digital format *(Local Rule 25.1)*
_____   Not Text-Searchable *(Local Rule 25.1, Interim Local Rules 25.2),* click here
         for instructions on how to make PDFs text searchable
_____   Failure to file appendix on CD-ROM *(Local Rule 25.1, Interim Local Rules 25.2)*
_____   Failure to file special appendix *(Local Rule 32.1)*
_____   Defective cover *(FRAP 32)*
         _____   Incorrect caption *(FRAP 32)*
         _____   Wrong color cover *(FRAP 32)*
         _____   Docket number font too small *(Local Rule 32.1)*
_____   Incorrect pagination, click here for instructions on how to paginate PDFs
         *(Local Rule 32.1)*
_____   Incorrect font *(FRAP 32)*
_____   Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
_____   Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
_____   Untimely filing
_____   Incorrect Filing Event
_____   Other: _____

Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than October 9, 2013. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8612.

Case: 13-3088     Document: 142     Page: 2     10/07/2013     1059950     2