## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Floyd v. City of New York                                         Docket No.: 13-3088

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: John Siegal

Firm: Baker & Hostetler LLP

Address: 45 Rockefeller Plaza, New York, NY 10111

Telephone: (212) 589-4200                    Fax: (212) 589-4201

E-mail: jsiegal@bakerlaw.com

Appearance for: The Office of the Public Advocate for the City of New York / Amicus Curiae
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☐ Additional counsel (co-counsel with: _____)
(name/firm)

☑ Amicus (in support of: Floyd, et al. / Plaintiffs-Appellees)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 10/18/2010    OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ John Siegal

Type or Print Name: John Siegal