UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

**MOTION INFORMATION STATEMENT**

Docket Number(s): 13-3088                                              Caption [use short title]

Motion for: leave to file an oversized response              David Floyd, et al.,

Set forth below precise, complete statement of relief sought:

Permission to file this oversized response to            -against-

Defendant-Appellant City of New York's Motion for        City of New York

a Stay Pending Appeal


MOVING PARTY: David Floyd, et al.                    OPPOSING PARTY: City of New York

[✓] Plaintiff          [ ] Defendant
[ ] Appellant/Petitioner  [✓] Appellee/Respondent

MOVING ATTORNEY: Darius Charney                     OPPOSING ATTORNEY: Celeste Koeleveld

[name of attorney, with firm, address, phone number and e-mail]

Center for Constitutional Rights                    New York City Law Department, Office of Corp. Couns
666 Broadway, 7th Floor                             100 Church St.
New York, NY 10012                                  New York, NY 10007
212-614-6464                                        212-356-2300, ckoeleve@law.nyc.gov

Court-Judge/Agency appealed from: United States District Court for the Southern District of New York (Scheindlin, D.J.)

Please check appropriate boxes:                     FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND
                                                    INJUNCTIONS PENDING APPEAL:
Has movant notified opposing counsel (required by Local Rule 27.1):   Has request for relief been made below?        [ ] Yes [ ] No
[✓] Yes [ ] No (explain): _____           Has this relief been previously sought in this Court?  [ ] Yes [ ] No
                                                    Requested return date and explanation of emergency: _____

Opposing counsel's position on motion:
[✓] Unopposed [ ] Opposed [ ] Don't Know            _____
Does opposing counsel intend to file a response:
[ ] Yes [✓] No [ ] Don't Know                       _____

Is oral argument on motion requested?    [ ] Yes [✓] No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?    [ ] Yes [✓] No  If yes, enter date: _____

Signature of Moving Attorney:
_____  Date: 10/7/2013    Service by: [✓] CM/ECF    [ ] Other [Attach proof of service]

════════════════════════════════════════════════════════════════════════

**ORDER**

IT IS HEREBY ORDERED THAT the motion is **GRANTED DENIED**.

                                    FOR THE COURT:
                                    CATHERINE O'HAGAN WOLFE, Clerk of Court

Date: _____    By: _____


Form T-1080 (rev. 7-12)