UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
------------------------------------------------------------------- x

DAVID FLOYD and LALIT CLARKSON,

                      Plaintiffs-Appellees,

-against-

THE CITY OF NEW YORK,

                      Defendant-Appellant.

------------------------------------------------------------------- x

**AFFIDAVIT OF SERVICE**

Docket No.: **13-3088**

Law Dept. #: 2008-003588

STATE OF NEW YORK    )
                           : ss.:
COUNTY OF NEW YORK  )

**ALBERT UZAMERE** being duly sworn deposes and says that:

1. The deponent is not a party to the action and is 18 years of age or older.
2. On **October 7, 2013** the deponent served the annexed **Memorandum of Law in Opposition to Motion to Dismiss the Appeal** upon the following person or persons:

    Beldock, Levine & Hoffman
    Attorneys for Plaintiffs-Appellees
    99 Park Avenue, Suite 1600, New York, NY 10016

3. The number of copies served on each of said persons was **1**.
4. The method of service on each of said persons was:

Pursuant to CPLR 2103(b)(3), where the person served is an attorney, where a person is in charge of the office, by leaving the paper(s) with such person.

                                                  _/s/ Albert Uzamere_
                                                  **ALBERT UZAMERE**

Sworn to before me this
7th day of October, 2013.

_/s/ Guy Washington_

GUY WASHINGTON
Commissioner of Deeds
City of New York No. 2-13245
Certificate Filed in Kings County
Commission Expires April 1, 2015