# United States Court of Appeals for the Second Circuit
## Thurgood Marshall U.S. Courthouse
### 40 Foley Square
### New York, NY 10007

**ROBERT A. KATZMANN**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: October 08, 2013
Docket #: 13-3088cv
Short Title: Floyd v. City of New York

DC Docket #: 08-cv-1034
DC Court: SDNY (NEW YORK CITY) DC Docket #: 08-cv-1034
DC Court: SDNY (NEW YORK CITY) DC Docket #: 08-cv-1034
DC Court: SDNY (NEW YORK CITY)
DC Judge: Pitman
DC Judge: Scheindlin

## NOTICE OF MOTION PLACED ON THE CALENDAR

 The motions for 1)stay of the district court's order and 2)to dismiss the appeal filed in the above-referenced case have been added as an argued case to the substantive motions calendar for Tuesday, October 29, 2013 at 2:00pm. The argument will be held in the Thurgood Marshall U.S. Courthouse, New York, NY 10007, 17th floor, Room 1705.


Inquiries regarding this case may be directed to 212-857-8595 .