United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: October 11, 2013
Docket #: 13-3088cv
Short Title: Floyd v. City of New York

DC Docket #: 08-cv-1034
DC Court: SDNY (NEW YORK CITY)
DC Docket #: 08-cv-1034
DC Court: SDNY (NEW YORK CITY)
DC Docket #: 08-cv-1034
DC Court: SDNY (NEW YORK CITY)
DC Judge: Pitman
DC Judge: Scheindlin

## 2ND REVISION

### NOTICE OF MOTION PLACED ON THE CALENDAR

A motion for stay of the district court's order filed in the above-referenced case has been added as an argued case to the substantive motions calendar for Tuesday, October 29, 2013 at **11:00am**. The argument will be held in the Thurgood Marshall U.S. Courthouse, New York, NY 10007 [17th floor, Room 1705

Inquiries regarding this case may be directed to 212-857-8595 .