UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): **13-3088**

Caption [use short title]

Motion for: **Vacate prior order or incorporate motion**

Set forth below precise, complete statement of relief sought:
**Vacate prior order (Dkt. # 157) referring Plaintiffs-Appellees' motion to dismiss to the merits panel or in the alternative incorporating motion to dismiss into their response to the stay motion.**

**FLOYD**

-against-

**CITY OF NEW YORK**

MOVING PARTY: **Floyd (Plaintiff/Appellee)**    OPPOSING PARTY: **City of New York (Def./Appellant)**

[✓] Plaintiff  [ ] Defendant
[ ] Appellant/Petitioner  [ ] Appellee/Respondent

MOVING ATTORNEY: **Jenn Rolnick Borchetta**
Beldock Levine & Hoffman LLP, 99 Park Ave.
New York, NY (212) 490-0400
jborchetta@blhny.com

OPPOSING ATTORNEY: **Celeste Koeleveld**
New York City Law Department, 100 Church St.
New York, NY (212) 356-2300
ckoeleve@nyc.law.gov

Court-Judge/Agency appealed from: **United States District Court for the Southern District of NY (Scheindlin, D.J.)**

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes  [ ] No (explain): ___

Opposing counsel's position on motion:
[✓] Unopposed  [ ] Opposed  [ ] Don't Know
Does opposing counsel intend to file a response:
[ ] Yes  [✓] No  [ ] Don't Know

Is oral argument on motion requested?  [ ] Yes  [✓] No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes  [✓] No  If yes, enter date: ___

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:
Has request for relief been made below?  [ ] Yes  [ ] No
Has this relief been previously sought in this Court?  [ ] Yes  [ ] No
Requested return date and explanation of emergency: ___

Signature of Moving Attorney: _/s/ Jenn R. Borchetta_  Date: **10/15/2013**  Service by: [✓] CM/ECF  [ ] Other [Attach proof of service]

---

**ORDER**

IT IS HEREBY ORDERED THAT the motion is GRANTED DENIED.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk of Court

Date: ___    By: ___

Form T-1080 (rev. 7-12)