UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| DAVID FLOYD, *et al.*, <br><br> Plaintiffs-Appellees, <br><br> -against- <br><br> CITY OF NEW YORK, *et al.*, <br><br> Defendants-Appellants. | Docket No. 13-3088 |

**UNOPPOSED MOTION OF BILL LANN LEE FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* IN SUPPORT OF PLAINTIFFS-APPELLEES AND IN OPPOSITION TO DEFENDANTS-APPELLANTS' MOTION FOR A STAY PENDING APPEAL**

EMERY CELLI BRINCKERHOFF & ABADY LLP
75 Rockefeller Plaza, 20th Floor
New York, New York 10019
(212) 763-5000

*Attorneys for Amicus Curiae Bill Lann Lee*

Pursuant to Federal Rule of Appellate Procedure 29(b) counsel for prospective *amicus curiae* respectfully moves for leave to file the attached Brief of Bill Lann Lee as *Amicus Curiae* ("amicus") in Support of Plaintiffs-Appellees and in Opposition to Defendants-Appellants' Motion for a Stay Pending Appeal. Amicus has sought and obtained consent from all parties.

Amicus served as head of the Civil Rights Division of the U.S. Department of Justice ("DOJ") from December 1997 until January 2001. In that capacity, he oversaw investigations conducted by the DOJ and the filing of judicial enforcement actions on behalf of the United States into constitutional violations committed by police departments across the country. In particular, amicus oversaw the development, implementation and/or enforcement of institutional reform orders designed to remedy these violations in enforcement actions or administrative proceedings, such as in the State of New Jersey; Los Angeles, California; Pittsburgh, Pennsylvania; and Montgomery County, Maryland. In light of this extensive personal experience in police reform efforts, amicus submits this brief in response to the brief of *amici curae* Michael B. Mukasey and Rudolph W. Giuliani ("the City's amici" or "amici") to refute the assertion that court-ordered reform efforts, and in particular the district court's Remedies Order of Aug. 12, 2013, are likely to interfere with effective policing.

Based on the interest of *amicus*, and the importance and relevance of the matters asserted to the disposition of this case, *amicus* respectfully requests that the Court grant its motion.

## CONCLUSION

For the reasons set forth above, *amicus* respectfully requests that this Court grant its motion for leave to file an *amicus* brief.

Dated: October 15, 2013
         New York, New York

                                           EMERY CELLI BRINCKERHOFF
                                              & ABADY LLP

                                          _____/s/_____
                                          Matthew D. Brinckerhoff
                                          Andrew G. Celli, Jr.
                                          Hayley Horowitz

                                          75 Rockefeller Plaza, 20th Floor
                                          New York, New York 10019
                                          (212) 763-5000

                                          *Attorneys for Amicus Curiae*
                                          *Bill Lann Lee*