

**MICHAEL A. CARDOZO**
*Corporation Counsel*

The City of New York
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007-2601

**Celeste L. Koeleveld**
*Executive Assistant for Public Safety*
Phone: 212-356-2300
Fax: 212-356-2509
Email: ckoeleve@law.nyc.gov

October 30, 2013

Hon. Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

Re:   *Floyd v. City of New York* (Docket No. 13-3088)
      *Ligon v. City of New York* (Docket No. 13-3123)

Dear Ms. Wolfe:

In response to an inquiry during yesterday's oral argument, defendant-appellant City of New York respectfully submits this letter and requests that it be distributed to the panel members (Judges Cabranes, Walker, and Parker).

As reflected in statistics published on the NYPD's website at the end of 2012 (*see* http://www.nyc.gov/html/nypd/html/analysis_and_planning/crime_and_enforcement_activity.shtml), minorities comprise 52.6% of the NYPD's approximately 23,000 police officers – those most likely to conduct a *Terry* stop: 47.4% are white, 17.1% are black, 29.0% are Hispanic, 6.5% are Asian, and 0.1% are Native American or other.

When officers of all ranks are included, the minority composition is 47.9%. The full breakdown is: 52.1% white, 16% black, 26.2% Hispanic, 5.6% Asian, and 0.1% Native American or other.

Respectfully submitted,

Celeste L. Koeleveld

cc:   All counsel, via ECF