

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007-2601

(212) 356-0800
FAX: (212) 356-0809
mcardozo@law.nyc.gov

October 31, 2013

United States Court of Appeals
 for the Second Circuit
Thurgood Marshall U.S. Courthouse
Attn: Catherine O'Hagan Wolfe
40 Foley Square
New York, New York  10007

      Re:    *Floyd v. City of New York* (13-3088)
                 *Ligon v. City of New York* (13-3123)

Dear Ms. O'Hagan Wolfe:

      In response to the concerns expressed by the Court at the argument on Tuesday, October 29, Defendants-appellants ("the City") respectfully submit this letter to inform the Court that it will be filing its opening briefs by November 8, 2013 three weeks before they would otherwise be due.

      In addition, if the Court is so inclined, we suggest that plaintiffs-appellees be directed to file their responding briefs by December 9, 2013, with the City's reply brief to be submitted by December 12, 2013, so that the cases can be  heard and decided by the end of the year.  We recognize that adoption of this briefing schedule would result in curtailment of appellees' time to file their briefs.  However, we note that appellees have been aware of the thrust of the City's merits arguments since September 23, 2013 at the latest, when the City filed its stay motions in this Court.

                                            Respectfully submitted,

                                            Michael A. Cardozo,

cc:    All Parties via ECF