November 4, 2013

Westlaw CourtExpress
Douglas Riley
Researcher
195 Broadway
4-C-38
New York, NY 10007

Second Circuit
40 Foley Square
New York, NY 10007

To Whom It May Concern:

    Please order the recording of the motion argument on October 29, 2013 @ 11:00am in 13-3088 Floyd v. City of New York.

    Please contact me at 917-596-9462 when the CD arrives. Thanking you in advance,

Sincerely,

Douglas Riley
Researcher