**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: November 07, 2013
Docket #: 13-3088cv
Short Title: Floyd v. City of New York

DC Docket #: 08-cv-1034
DC Court: SDNY (NEW YORK CITY)
DC Judge: Pitman
DC Judge: Scheindlin

## NOTICE OF DEFECTIVE FILING

On November 6, 2013 the notice of appearance was submitted in the above referenced case.
The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____   Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_____   Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
_____   Missing motion information statement *(T-1080 - Local Rule 27.1)*
_____   Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
_____   Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
_____   Improper proof of service *(FRAP 25)*
     _____   Missing proof of service
     _____   Served to an incorrect address
     _____   Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____   Failure to submit document in digital format *(Local Rule 25.1)*
**\_\_X\_\_   Not Text-Searchable *(Local Rule 25.1, Interim Local Rules 25.2)*, click here**
**for instructions on how to make PDFs text searchable**
_____   Failure to file appendix on CD-ROM *(Local Rule 25.1, Interim Local Rules 25.2)*
_____   Failure to file special appendix *(Local Rule 32.1)*
_____   Defective cover *(FRAP 32)*
     _____   Incorrect caption *(FRAP 32)*
     _____   Wrong color cover *(FRAP 32)*
     _____   Docket number font too small *(Local Rule 32.1)*
_____   Incorrect pagination, click here for instructions on how to paginate PDFs
     *(Local Rule 32.1)*
_____   Incorrect font *(FRAP 32)*
_____   Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
_____   Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
_____   Untimely filing
**\_\_X\_\_   Incorrect Filing Event**
**\_\_X\_\_   Other: You must file the Notice of Appearance as Amicus Counsel Form under this**
**event. You must file your motion for leave to appear under the, "Motion FILED." event.**

Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than November 12, 2013. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8612.