# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 13-3123 (corrected); 13-3088

**Caption [use short title]**

**Motion for:** Leave to Appear re: Order of Removal

In re Order of Removal of District Judge

Set forth below precise, complete statement of relief sought:

Undersigned seeks leave to appear on behalf of Hon. Shira A. Scheindlin to address legal and factual issues raised by the Motion Panel's order of removal dated Oct. 31, 2013.

**MOVING PARTY:** Hon. Shira A. Scheindlin
☐ Plaintiff   ☐ Defendant
☐ Appellant/Petitioner   ☐ Appellee/Respondent

**OPPOSING PARTY:** N/A

**MOVING ATTORNEY:** Burt Neuborne

**OPPOSING ATTORNEY:** N/A

[name of attorney, with firm, address, phone number and e-mail]

40 Washington Square South
New York, New York 10012
(212) 998-6172
burt.neuborne@nyu.edu

**Court-Judge/Agency appealed from:** Motion Panel (Hons. John M. Walker; Jose Cabranes; Barrington D. Parker, Jr.)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes   ☐ No (explain):

Opposing counsel's position on motion:
☐ Unopposed   ☐ Opposed   ☑ Don't Know
Does opposing counsel intend to file a response:
☐ Yes   ☐ No   ☑ Don't Know

Is oral argument on motion requested?   ☑ Yes   ☐ No   (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes   ☑ No   If yes, enter date:

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?   ☐ Yes ☐ No
Has this relief been previously sought in this Court?   ☐ Yes ☐ No
Requested return date and explanation of emergency:

**Signature of Moving Attorney:**
Burt Neuborne   **Date:** 11/8/2013   Service by:   ☑ CM/ECF   ☐ Other [Attach proof of service]

---

## ORDER

**IT IS HEREBY ORDERED THAT** the motion is **GRANTED   DENIED**.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk of Court

Date: _____   By: _____

**Form T-1080** (rev. 7-12)