**NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL**

Short Title: In re Order of Removal of District Judge    Docket No.: 13-3088

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Burt Neuborne

Firm: NYU School of Law

Address: 40 Washington Square South, New York, NY 10012

Telephone: (212) 998-6172    Fax: (212) 995-3121

E-mail: burt.neuborne@nyu.edu

Appearance for: Hon. Shira A. Scheindlin
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☐ Additional counsel (co-counsel with: _____)
(name/firm)

☑ Amicus (in support of: N/A _____)
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on Feb. 5, 2010    OR

☐ I applied for admission on _____.

Signature of Counsel: Burt Neuborne

Type or Print Name: Burt Neuborne