Burt Neuborne
40 Washington Square South
New York, New York 10012
Tel: (212) 998-6172
burt.neuborne@nyu.edu

November 8, 2013

United States Court of Appeals
for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:  Case Nos. 13-3123 (corrected); 13-3088

Dear Clerk of Court,

Attached please find the corrected filing in the above-referenced matter. Per your request, the exhibits are now formatted as searchable PDF documents. Additionally, Exhibits 5, 6, and 7, which were either incomplete or inadvertently included irrelevant material, have been corrected. We also filed the requested Notice of Appearance form for Substitute, Additional or Amicus Counsel.

Finally, the T-1080 form has been corrected to properly indicate no opposing party at this time, as my client is not adverse to any party. However, the City of New York Corporation Counsel contacted me and indicated their intent to oppose this motion. Should any further filing issues arise, please do not hesitate to contact me.

                                                Respectfully,

                                                Burt Neuborne
                                                (Counsel of Record)
                                                Norman Dorsen
                                                Arthur R. Miller
                                                Judith Resnik
                                                Frederick A.O. Schwarz