**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket Number(s): 13-3088

Caption [use short title]

Motion for: Reconsideration by the En Banc Court

Set forth below precise, complete statement of relief sought:

Reconsideration by the En Banc Court of the
October 31, 2013 Mandate

Floyd

-against-

City of New York

MOVING PARTY: Floyd (Plaintiff/Appellee)
OPPOSING PARTY: City of New York (Def./Appellant)
[✓] Plaintiff  [ ] Defendant
[ ] Appellant/Petitioner  [✓] Appellee/Respondent

MOVING ATTORNEY: 
OPPOSING ATTORNEY: 
[name of attorney, with firm, address, phone number and e-mail]

Jenn Rolnick Borchetta
Beldock Levine & Hoffman LLP, 99 Park Ave.
New York, NY (212) 490-0400
jborchetta@blhny.com

Celeste Koeleveld
New York City Law Department, 100 Church St.
New York, NY (212) 356-2300
ckoeleve@nyc.law.gov

Court-Judge/Agency appealed from: United States District Court for the Southern District of NY (Scheindlin, D.J.)

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes [ ] No (explain): 

Opposing counsel's position on motion:
[ ] Unopposed [✓] Opposed [ ] Don't Know
Does opposing counsel intend to file a response:
[✓] Yes [ ] No [ ] Don't Know

Is oral argument on motion requested?  [ ] Yes [✓] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes [✓] No  If yes, enter date:

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:
Has request for relief been made below?  [ ] Yes [ ] No
Has this relief been previously sought in this Court?  [ ] Yes [ ] No
Requested return date and explanation of emergency:

Signature of Moving Attorney: *Jenn R. Borchetta*  Date: 11/11/2013  Service by: [✓] CM/ECF  [ ] Other [Attach proof of service]

## ORDER

IT IS HEREBY ORDERED THAT the motion is **GRANTED  DENIED**.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk of Court

Date:
By:

Form T-1080 (rev. 7-12)