# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Floyd v. City of New York    Docket No.: 13-3088

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Rachel B. Goldman

Firm: Bracewell & Giuliani LLP

Address: 1251 Avenue of the Americas

Telephone: 212-508-6135    Fax: 212-938-3835

E-mail: rachel.goldman@bgllp.com

Appearance for: Amici Curiae Michael B. Mukasey and Rudolph W. Giuliani
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Defendants-Appellants City of New York, et al. )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 11/01/2013    OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Rachel B. Goldman

Type or Print Name: Rachel B. Goldman