**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s)**: 13-3088            **Caption [use short title]**

**Motion for**: to Intervene

Floyd v. City of New York

Set forth below precise, complete statement of relief sought:

Movants seek to intervene as party appellants in this matter.

**MOVING PARTY**: Sergeants Benevolent Association        **OPPOSING PARTY**: David Floyd, et al.

☐ Plaintiff    ☐ Defendant
☐ Appellant/Petitioner    ☐ Appellee/Respondent

**MOVING ATTORNEY**: Anthony P. Coles        **OPPOSING ATTORNEY**: Darius Charney
[name of attorney, with firm, address, phone number and e-mail]

DLA Piper LLP (US)                    666 Broadway, 7th Floor
1251 Avenue of the Americas           New York, NY 10012
New York, NY 10020                    212-614-6464
212-335-4500/anthony.coles@dlapiper.com    dcharney@ccrjustice.org

Court-Judge/Agency appealed from:

**Please check appropriate boxes:**                **FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has movant notified opposing counsel (required by Local Rule 27.1):    Has request for relief been made below?    ☐ Yes  ☐ No
☑ Yes  ☐ No (explain):                            Has this relief been previously sought in this Court?    ☐ Yes  ☐ No
                                                  Requested return date and explanation of emergency:

Opposing counsel's position on motion:
☐ Unopposed  ☑ Opposed  ☐ Don't Know
Does opposing counsel intend to file a response:
☑ Yes  ☐ No  ☐ Don't Know

Is oral argument on motion requested?    ☑ Yes  ☐ No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?    ☐ Yes  ☑ No  If yes, enter date: After March 14, 2014

**Signature of Moving Attorney:**
/s/ Anthony P. Coles        Date: 11/12/13        Service by: ☑ CM/ECF    ☐ Other [Attach proof of service]

---

**ORDER**

**IT IS HEREBY ORDERED THAT** the motion is **GRANTED  DENIED**.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk of Court

Date: _____    By: _____

**Form T-1080** (rev. 7-12)