## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Floyd v. City of New York                                    Docket No.: 13-3088

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Hayley Horowitz

Firm: Emery Celli Brinckerhoff & Abady LLP

Address: 75 Rockefeller Plaza, 20th Fl.

Telephone: 212-763-5000                                Fax: 212-763-5001

E-mail: hhorowitz@ecbalaw.com

Appearance for: Amici Curiae Law Professors and Scholars With Expertise Concerning Appellate Jurisdiction (for list of individuals, see addendum)
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Plaintiffs-Appellees David Floyd, et al. )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on Oct. 10, 2013                                                                 OR

☐ I applied for admission on _____ .

Signature of Counsel: /s Hayley Horowitz

Type or Print Name: Hayley Horowitz

# Addendum to Notice of Appearance for Hayley Horowitz

*(Floyd v. City of New York et al., No. 13-3088)*

## List of Law Professors:

**Stacy Caplow**, Associate Dean for Professional Legal Education and Professor of Law, Brooklyn Law School

**Erwin Chemerinsky**, Founding Dean of the School of Law, Distinguished Professor of Law, Raymond Pryke Professor of First Amendment Law, University of California, Irvine School of Law

**Brett Dignam**, Clinical Professor of Law, Columbia University School of Law

**Laura K. Donohue**, Professor of Law, Georgetown Law School

**Eric M. Freedman**, Maurice A. Deane Distinguished Professor of Constitutional Law, School of Law at Hofstra University

**Amanda Frost**, Professor of Law, American University Washington College of Law

**Brandon L. Garrett**, Professor of Law, University of Virginia School of Law

**Jamal Greene**, Professor of Law, Columbia University School of Law

**Jonathan Hafetz**, Associate Professor of Law, Seton Hall University School of Law

**Aziz Huq**, Assistant Professor of Law, University of Chicago School of Law

**Karl Manheim**, Professor of Law, Loyola Law School

**Carlin Meyer**, Professor of Law, Director, Diane Abbey Law Center for Children and Families, New York Law School

**James Sample**, Associate Professor, Hofstra Law School

**Adam Steinman**, Professor of Law, Seton Hall University School of Law

**Colin Starger**, Assistant Professor, University of Baltimore School of Law

**Kendall Thomas**, Nash Professor of Law, Director, Center for the Study of Law and Culture, Columbia University School of Law

**Stephen Vladeck**, Professor of Law, Associate Dean for Scholarship, American University Washington College of Law