# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Floyd, et al. v. City of New York, et al. and Ligon, et al., v. City of New York, et al.    Docket No.: 13-3123 and 13-3088

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Brian E. Whiteley

Firm: Hiscock & Barclay, LLP

Address: One International Place, 14th Floor, Boston, MA 02110

Telephone: (617) 274-2900    Fax: (617) 722-6003

E-mail: bwhiteley@hblaw.com

Appearance for: _____
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Plaintiffs - Appellees' Motion for En Banc Reconsideration of the October 31, 2013 Mandate )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 11/15/2013    OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Brian E. Whiteley

Type or Print Name: Brian E. Whiteley

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Appearance of Brian E. Whiteley filed through the ECF system was sent electronically to the registered participants as identified on the Notice of Electronic Filing on November 18, 2013.

*/s/ Brian E. Whiteley*
Brian E. Whiteley