# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** Floyd, et al. v. City of New York, et al. and Ligon, et al., v. City of New York, et al.    **Docket No.:** 13-3088 and 13-3123

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Brian E. Whiteley

**Firm:** Hiscock & Barclay, LLP

**Address:** One International Place, 14th Floor, Boston, MA 02110

**Telephone:** (617) 274-2900    **Fax:** (617) 722-6003

**E-mail:** bwhiteley@hblaw.com

**Appearance for:** Please see attached Addendum.
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ ) (name/firm)

☐ Substitute counsel (replacing other counsel: _____ ) (name/firm)

☐ Additional counsel (co-counsel with: _____ ) (name/firm)

☑ Amicus (in support of: Plaintiffs - Appellees' Motion for En Banc Reconsideration of the October 31, 2013 Mandate ) (party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 11/15/2013    OR

☐ I applied for admission on _____ .

**Signature of Counsel:** /s/ Brian E. Whiteley

**Type or Print Name:** Brian E. Whiteley

# ADDENDUM

Please notice my appearance for *Amici Curiae* six retired United States District Court Judges and thirteen Professors of Legal Ethics. The *Amici* are as follows:

**Retired Federal Judges**

    Robert J. Cindrich

    David H. Coar

    William Royal Furgeson, Jr.

    Nancy Gertner

    Richard J. Holwell

    Stanley Sporkin

**Professors of Legal Ethics**

    Anita Bernstein

    Carol Buckler

    Monroe Freedman

    Bennett L. Gershman

    Bruce Green

    Mark I. Harrison

    Richard Klein

    Myles V. Lynk

    Peter Margulies

    Lawrence Raful

    Deborah L. Rhode

    Rebecca Roiphe

    W. Bradley Wendel

    */s/ Brian E. Whiteley*
    Brian E. Whiteley

## **CERTIFICATE OF SERVICE**

     I hereby certify that the foregoing Notice of Appearance of Brian E. Whiteley filed through the ECF system was sent electronically to the registered participants as identified on the Notice of Electronic Filing on November 18, 2013.

                                                            */s/ Brian E. Whiteley*
                                                            Brian E. Whiteley