## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Floyd, et al., v. City of New York　　Docket No.: 13-3088

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Baher Azmy

Firm: Center for Constitutional Rights

Address: 666 Broadway, 7th Floor, New York, NY 10012

Telephone: (212) 614-6427　　Fax: (212) 614-6499

E-mail: bazmy@ccrjustice.org

Appearance for: David Floyd, et al./Plaintiffs
(party/designation)

Select One:

[ ] Substitute counsel (replacing lead counsel: _____ )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[X] Additional counsel (co-counsel with: Darius Charney/Center for Constitutional Rights )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

[ ] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

[X] I applied for admission on November 19, 2013.

Signature of Counsel: /s/ Baher Azmy

Type or Print Name: Baher Azmy