# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of November, two thousand and thirteen.

Before:       José A. Cabranes,
                 *Circuit Judge.*

_____

David Floyd, Lalit Clarkson, Deon Dennis, David Ourlicht, Individually and on behalf of all others similarly situated,

    Plaintiffs - Appellees,

v.

City of New York,

    Defendant - Appellant,

Sergeants Benevolent Association,

    Proposed Intervenor - Appellant,

**ORDER**
Docket Nos. 13-3088(L)
               13-3461(Con)
               13-3524(Con)

_____

Jaenean Ligon, *et al.*,

    Plaintiffs-Appellees,

    v.

City of New York, *et al.*,

    Defendants-Appellants.

Docket Nos. 13-3123(L)
               13-3442(con)

By letters dated November 12, 2013, Appellees' counsel in the above-referenced appeals requested to extend the due date for filing an opposition to the November 7, 2013 motion to intervene filed in both appeals by Movants the Patrolmen's Benevolent Association, the Detectives Endowment Association, the Lieutenants Benevolent Association, and the Captain's Endowment Association.

IT IS HEREBY ORDERED that the requests are GRANTED. Appellees' opposition to the motion to intervene in each appeal must be filed no later than November 25, 2013. Any replies to the opposition are due no later than December 5, 2013.

    For the Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court

