RECEIVED
2013 DEC -4 AM 8:46
CLERK'S OFFICE
U.S. COURT OF APPEALS

*Floyd v. City of New York*, No. 13-3088-cv, Dkt. 335
*Ligon v. City of New York*, No. 13-3123-cv, Dkt. 240

*Per Curiam* Opinion of November 22, 2013

### ERRATA

| Page | Line | Delete | Insert |
|---|---|---|---|
| 1 | second to last | Sherman & Stearling LLP | Shearman & Sterling LLP |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Copies have been sent by chambers to:

__X__ Panel Members
__X__ West Publishing
__X__ Clerk

So ordered:

José A. Cabranes
U.S. Circuit Judge
December 3, 2013

Page 1 of 1

Case: 13-3088 Document: 340 Page: 2 12/04/2013 1106197 2