

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**T**he **C**ity of **N**ew **Y**ork

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

Tel. No.: (212) 356-0800
Fax No.: (212) 356-0809
mcardozo@law.nyc.gov

December 23, 2013

Honorable Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals
 for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York  10007

      Re:   *Floyd v. City of New York* (13-3088)
             *Ligon v. City of New York* (13-3123)

Dear Ms. O'Hagan Wolfe:

      Please be advised that, effective December 31, 2013, I hereby withdraw my notice of appearance on behalf of the defendants-appellants in the referenced cases.

      Respectfully submitted,

      Michael A. Cardozo

cc:    All Parties via ECF