# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

John Siegal
direct dial: 212.589.4245
jsiegal@bakerlaw.com

December 31, 2013

Honorable Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York  10007

Re:   Floyd v. City of New York (13-3088)
      Ligon v. City of New York (13-3123)

Dear Ms. O'Hagan Wolfe:

We represent the Office of the Public Advocate for the City of New York as *amicus curiae* in the above-captioned actions.  Due to the expiration of the term in office of Public Advocate Bill de Blasio, I hereby withdraw my notice of appearance in these cases effective at the close of business today.

Respectfully submitted,

John Siegal

cc:    All Parties via ECF

Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa
Denver    Houston    Los Angeles    New York    Orlando    Washington, DC