# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of January, two thousand fourteen,

Present:
        José A. Cabranes,
            *Circuit Judge*.

_____

Jaenean Ligon, et al.,

    Plaintiffs-Appellees,                        **ORDER**
                                                           13-3123

v.

City of New York, et al.,

    Defendants-Appellants.

_____

David Floyd, et al.,

    Plaintiffs-Appellees,
                                                           13-3088

v.

City of New York, et al.,

    Defendants-Appellants.

_____

The City of New York has filed a motion on consent, seeking remand to the district court for the purpose of exploring a resolution of this case.

IT IS HEREBY ORDERED that the proposed intervenors file a response to this motion by February 7, 2014 at noon. The parties may reply to the proposed intervenors' submission by February 14, 2014 at noon.

     The Clerk is directed to serve the City of New York's motion upon counsel for the proposed intervenors.

> For the Court:
> Catherine O'Hagan Wolfe
> Clerk of Court

