# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of February, two thousand fourteen,

_____

Jaenean Ligon, et al.,
    Plaintiffs-Appellees,

v.

City of New York, et al.,
    Defendants-Appellants,

Captains Endowment Association of New York, Detectives Endowment Association, Police Department, City of New York, Inc., Lieutenants Benevolent Association of the City of New York, Inc., Patrolmens Benevolent Association of the City of New York, Inc.
    Proposed Intervenors-Appellants.

**ORDER**
13-3123

_____

David Floyd , et al.,
    Plaintiffs-Appellees,

v.

City of New York, et al.,
    Defendants-Appellants,

13-3088

Sergeants Benevolent Association,
    Proposed Intervenor-Appellant,

New York City Police Office Rodriguez, et al,
    Defendants.

_____

  In *Floyd v. City of New York, et al.*, Michael B. Mukasey and Rudolph W. Giuliani move for leave to file a brief as *amici curiae* in support of the proposed intervenors' opposition to the City of New York's motion for remand of these cases to the District Court.

  IT IS HEREBY ORDERED that the motion is granted and the brief is deemed filed as of this date. In granting this motion the Court intimates no view on any pending motion or the merits of the appeals.

              For the Court:
              Catherine O'Hagan Wolfe
              Clerk of Court

